1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   HENRY WILLIAM TELLES JR.,            ) | Case No. 1:10-cv-01911 AWI JLT |
| 12                Plaintiff,            ) | ORDER REQUIRING PLAINTIFF TO FILE |
|                                         ) | AMENDED MOTION TO PROCEED IN |
| 13        vs.                           ) | FORMA PAUPERIS |
|                                         ) | |
| 14   STANISLAUS COUNTY SHERIFFS         ) | (Doc. 2) |
|      DEPARTMENT, et al.,                ) | |
| 15                                      ) | |
|                                         ) | |
| 16              Defendants.             ) | |
|      _____   ) | |
| 17 | |

18          Plaintiff is proceeding pro se and with a civil rights action pursuant to 42 U.S.C. § 1983.

19   Plaintiff seeks also to proceed in forma pauperis ("IFP").  (Doc. 2)

20          Upon review, the Court notes that in his motion, Plaintiff asserts that he has no income

21   source of any kind. (Doc. 2 at 2)  However, Plaintiff fails to explain how he is supporting himself

22   despite absolutely no source of income.

23          Therefore, Plaintiff is **ORDERED** to file an amended motion to proceed IFP and is

24   required to list *all* sources of income.  If he persists in his position that he receives absolutely no

25   income, Plaintiff must explain who is providing him food and shelter and his relationship to the

26   person/entity providing this assistance.  See Adkins v. E.I. Dupont de Nemours & Co., 335 U.S.

27   331, 339 (1948); see also Monti v. McKeon, 600 F.Supp. 112, 114 (D. Conn. 1984) ("in ruling

28   on motions to proceed in forma pauperis, . . . courts have considered the income of interested

1

persons, such as spouses and parents, in evaluating the funds available to the movant . . .  If plaintiff is supported by her spouse, and her spouse is financially able to pay the costs of this appeal, it follows that the plaintiff's own lack of funds will not prevent her from gaining access to the courts.")

Likewise, Plaintiff reports that he was last employed by El Derodeo Pool & Spa but fails to indicate the date he was last employed.  (Doc. 2 at 1) Plaintiff is ordered to provide complete information in his amended IFP motion.

Accordingly, within ten days of service of this order, Plaintiff is **ORDERED** to file an amended motion to proceed IFP that contains the information outlined in the body of this order. Plaintiff is admonished that failure to comply with this order may result in denial of the motion to proceed *in forma pauperis*.


IT IS SO ORDERED.

Dated:   **November 2, 2010**                               **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE